# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | LA CR22-00267-MEMF |
| Date | March 21, 2025 |
| Present: The Honorable | Maame Ewusi-Mensah Frimpong |
| Interpreter | N/A |

| Maria Lindaya | CourtSmart | Benedetto L. Balding / Alexander Baier Schwab |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Del Entertainment, Inc. | ☒ | ☐ | ☐ | 1) Shawn Holley | ☒ | ☐ | ☒ |
| 2) Jose Angel Del Villar (BOND) | ☒ | ☐ | ☒ | 1) Kate Mangels | ☒ | ☐ | ☒ |
| | | | | 2) Drew Findling | ☒ | ☐ | ☒ |
| | | | | 2) Marissa Goldberg | ☒ | ☐ | ☒ |
| | | | | 2) Zachary James Kelehear | ☒ | ☐ | ☒ |

_____ Day COURT TRIAL       5 Day JURY TRIAL       _____ Death Penalty Phase

_____ One day trial;    _____ Begun (1st day);    ☒ Held & continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

☒ Witnesses called, sworn and testified.

☒ Exhibits identified       ☒ Exhibits admitted

_____ Government rests.    _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused    _____ Jury retires to deliberate    _____ Jury resumes deliberations

_____ Finding by Court as follows:

| | | |
|---|---|---|
| Dft # | _____ found guilty on counts | _____ found not guilty on counts |
| Dft # | _____ found guilty on counts | _____ found not guilty on counts |
| Dft # | _____ found guilty on counts | _____ found not guilty on counts |
| Dft # | _____ found guilty on counts | _____ found not guilty on counts |
| Dft # | _____ found guilty on counts | _____ found not guilty on counts |

_____ Jury polled    _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.    _____ Remand/Release# _____ issd.    _____ Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

☒ Case continued to March 24, 2025, at 8:15 a.m. for further trial/further jury deliberation.

_____ Other:

                                                                                                 5 : 48
                                                                                        Initials of Deputy Clerk  mal

_____ USM    _____ USPPO