MARISSA H. GOLDBERG (GABN 672798)
DREW FINDLING (GABN 260425)
ZACHARY KELEHEAR (GABN 925716)
The Findling Law Firm
3575 Piedmont Road
Tower 15, Suite 1010
Atlanta, GA 30305
(404) 460-4500
drew@findlinglawfirm.com
marissa@findlinglawfirm.com
zack@findlinglawfirm.com
*Counsel for Defendant Jose Angel Del Villar*

Attorney for Defendant
Jose Angel Del Villar

FILED
CLERK, U.S. DISTRICT COURT
03/24/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___mal___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 22-cr-00267-MEMF |
| ) | |
| Plaintiff, ) | STIPULATION RE: CURRENCY |
| ) | EXCHANGE RATE |
| v. ) | |
| ) | |
| DEL ENTERTAINMENT, INC., *et* ) | |
| *al.* ) | |
| ) | |
| Defendants. ) | |

11401-00033/898353.1

STIPULATION RE: CURRENCY EXCHANGE RATE

Defendant Jose Angel Del Villar, both individually and by and through his counsel of record Drew Findling, Marissa Goldberg, and Zack Kelehear; Defendant Del Entertainment, Inc., by and through its counsel of record Shawn Holley and Kate Mangels; and Plaintiff United States of America, by and through its counsel of Record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Benedetto L. Balding and Alexander B. Schwab hereby agree and stipulate as follows:

The parties stipulate and agree that the exchange rate for Mexican Pesos to American Dollars during the relevant time periods of the indictment was, on average, 19 Mexican Pesos per United States Dollar or 0.052 United States Dollars per Mexican Peso.

Dated: March 24, 2024

Respectfully submitted,

FINDLING LAW FIRM

By: _____
DREW FINDLING
MARISSA GOLDBERG
ZACHARY KELEHEAR
Attorneys for Angel Del Villar

By: _____
Defendant Jose Angel Del Villar

By: _____
SHAWN HOLLEY
KATE MANGELS
Attorney for Del Entertainment, Inc.

///
///

11401-00033/898353.1

2

STIPULATION RE: CURRENCY EXCHANGE RATE

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney

By: /s/ Benedetto L. Balding
BENEDETTO L. BALDING
ALEXANDER B. SCHWAB

Attorneys for Plaintiff
UNITED STATES OF AMERICA