# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No.: | 2:22-cr-00267-MEMF-2 | Date: | August 15, 2025 |
|---|---|---|---|

| Present: The Honorable | **MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE** |
|---|---|

| Interpreter: | N/A |
|---|---|

| Patricia Kim | CourtSmart | Benedetto L. Balding, Alexander B. Schwab |
|---|---|---|
| *Deputy Clerk* | *Court Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) Jose Angel Del Villar | √ | | √ | 2) Stephen G. Larson, Daniel R. Lahana, Hilary Potashner | √ | | √ |

**Proceedings:**    **SENTENCING**

A portion of the hearing and transcript is ordered sealed.

Refer to separate Judgment Order.

Defendant informed of right to appeal.

Defendant waived reading of the General Order 20-04.

|  | 1 | : | 29 |
|---|---|---|---|

Initials of Deputy Clerk    pk